UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
DAVID KUMAR, *et al.*,              )   No. C11-1082RSL
                                    )
              Plaintiffs,           )
      v.                            )   ORDER GRANTING MOTION TO
                                    )   WITHDRAW
WADE M. ENTEZAR, *et al.*,          )
                                    )
              Defendants.           )
_____ )

This matter comes before the Court on the unopposed "Motion to Withdraw as Counsel of Record for Defendants Wade M. Entezar, Geneva K. Entezar and Entezar Development Group, Inc." Dkt. # 95. Counsel has complied with Local Civil Rule 83.2(b)(1) and (3). The Court therefore GRANTS C. James Frush and Cable Langenbach Kinerk & Bauer, LLP's motion to withdraw as counsel for defendants and cross-claimants Wade M. Entezar, Geneva K. Entezar and Entezar Development Group, Inc.

"Corporations and other unincorporated associations must appear in court through an attorney." Licht v. Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994). Defendant Entezar Development Group, Inc., shall retain new counsel within twenty-one days from the date of this Order. Failure to associate new counsel may result in the entry of default against Entezar Development Group, Inc., and dismissal of its cross-claims.

ORDER GRANTING MOTION TO WITHDRAW

1
2          Dated this 7th day of January, 2013.
3
            _____
4           Robert S. Lasnik
            United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION TO WITHDRAW    -2-